# THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

DONNA DAVIS JAVITZ,              :

                      :

          **Plaintiff,**      :

     v.                  :     **3:15-CV-2443**

                      :     **(JUDGE MARIANI)**

LUZERNE COUNTY, et al.,        :

                      :

         **Defendants.**    :

## ORDER

**AND NOW, THIS 29TH DAY OF MARCH, 2018**, upon consideration of Plaintiff's

Motion for Partial Summary Judgement, (Doc. 62), and Defendants' Motion for Summary

Judgment, (Doc. 66), **IT IS HEREBY ORDERED THAT:**

1. Plaintiff's Motion for Partial Summary Judgement, (Doc. 62), is **DENIED**.

2. Defendants' Motion for Summary Judgment, (Doc. 66), is **GRANTED IN PART** and

   as follows:

   a. Defendants' Motion is **GRANTED** with respect to Plaintiff's Fourteenth

      Amendment claim contained in Count I of Plaintiff's Second Amended

      Complaint.

   b. Defendants' Motion is **GRANTED** with respect to Plaintiff's First Amendment

      retaliation claim contained in Count II of Plaintiff's Second Amended

      Complaint.

3. The Clerk of the Court is directed to enter judgment **IN FAVOR** of Defendants and **AGAINST** Plaintiff on Plaintiff's Fourteenth Amendment claim and Plaintiff's First Amendment retaliation claim.

4. Plaintiff's state law claims that are contained in Counts III and IV of Plaintiff's Second Amended Complaint are **DISMISSED WITHOUT PREJUDICE** pursuant to 28 U.S.C. § 1367(c)(3).

5. Defendants' Motion to Strike, (Doc. 99), is **DISMISSED AS MOOT**.

6. The Clerk of the Court is directed to **CLOSE** this matter.

Robert D. Mariani
United States District Judge