**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| DONNA DAVIS JAVITZ | : | |
| | : | |
| V. | : | No. 15-2443 |
| | : | |
| LUZERNE COUNTY, et al | : | |

**NOTICE OF APPEAL TO THE UNTIED STATE COURT OF APPEALS FOR THE THIRD CIRCUIT**

Notice is hereby given that Plaintiff, Donna Davis Javitz, appeals to the United States Court of Appeals for the Third Circuit from the Judgment entered in this action on March 29, 2018, and the subsequent order denying reconsideration of that Judgment dated May 24, 2018.

*/s/ Curt M. Parkins*

Curt M. Parkins, Esq.
Attorney for Plaintiff
204 Wyoming Ave
Scranton, PA  18503
570-880-0777
570-880-0476
curt@comerfordparkins.com