# THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DONNA DAVIS JAVITZ,<br><br>    Plaintiff,<br><br>v.<br><br>LUZERNE COUNTY, et al.,<br><br>    Defendants. | 3:15-CV-2443<br>(JUDGE MARIANI) |

## ORDER

**AND NOW, THIS 8th DAY OF JUNE 2021**, upon consideration of Defendants Luzerne County, Robert C. Lawton and David Parsnik's Motion in Limine to Preclude Hybrid Representation (Doc. 147) and all relevant documents, **IT IS HEREBY ORDERED THAT** Defendants' motion is **GRANTED** for the reasons set forth in the accompanying Memorandum Opinion.

Robert D. Mariani
United States District Judge