THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DONNA DAVIS JAVITZ, | : |
| Plaintiff, | : |
| v. | : 3:15-CV-2443 |
| | : (JUDGE MARIANI) |
| LUZERNE COUNTY, et al., | : |
| Defendants. | : |

## ORDER

AND NOW, THIS 8th DAY OF JUNE 2021, upon consideration of Defendants Luzerne County, Robert C. Lawton and David Parsnik's Motion in Limine to Preclude Evidence Regarding Unnecessary Elements of Plaintiff's First Amendment Claim, Including Plaintiff's Attempt to Subject Paula Schnelly to a Transcription Test (Doc. 149) and all relevant documents, **IT IS HEREBY ORDERED THAT** Defendants' motion is **DENIED WITHOUT PREJUDICE** for the reasons set forth in the accompanying Memorandum Opinion.

Robert D. Mariani
United States District Judge