# THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DONNA DAVIS JAVITZ, | : |
| Plaintiff, | : |
| v. | :    3:15-CV-2443 |
| | :    (JUDGE MARIANI) |
| LUZERNE COUNTY, et al., | : |
| Defendants. | : |

## ORDER

AND NOW, THIS __8th__ DAY OF JUNE 2021, upon consideration of Plaintiff's Motion in Limine to Preclude Any Evidence or Argument of Collateral Benefits (Doc. 170) and all relevant documents, for the reasons discussed in the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED THAT** Plaintiff's motion is **DENIED**.

Robert D. Mariani
United States District Judge