## THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

DONNA DAVIS JAVITZ,          :
                             :
              Plaintiff,     :
                             :
v.                           :          3:15-CV-2443
                             :          (JUDGE MARIANI)
LUZERNE COUNTY, et al.,      :
                             :
              Defendants.    :

### ORDER

**AND NOW, THIS** _____ **DAY OF JUNE 2021**, upon consideration of Plaintiff's

"Daubert" Motion/Limine Motion to Preclude the Testimony of James Stavros (Doc. 169)

and all relevant documents, for the reasons discussed in the accompanying Memorandum

Opinion, **IT IS HEREBY ORDERED THAT** Plaintiff's motion is **DENIED WITHOUT**

**PREJUDICE**.

_____
Robert D. Mariani
United States District Judge