THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DONNA DAVIS JAVITZ, | : | |
| Plaintiff, | : | |
| v. | : | 3:15-CV-2443 |
| | : | (JUDGE MARIANI) |
| LUZERNE COUNTY, et al., | : | |
| Defendants. | : | |

**ORDER**

**AND NOW, THIS 8TH DAY OF JUNE 2021**, upon consideration of Defendants Luzerne County, Robert C. Lawton and David Parsnik's Motion in Limine to Preclude Evidence Related to Plaintiff's Previously Dismissed Due Process Claim (Doc. 153) and all relevant documents, **IT IS HEREBY ORDERED THAT** Defendants' motion is **GRANTED AS MODIFIED** for the reasons set forth in the accompanying Memorandum Opinion.

Robert D. Mariani
United States District Judge