THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

DONNA DAVIS JAVITZ, :
:
    Plaintiff, :
:
v. : 3:15-CV-2443
: (JUDGE MARIANI)
LUZERNE COUNTY, ROBERT LAWTON,: 
Individually, and DAVID PARSNIK, :
Individually, :
:
    Defendants. :

## ORDER

AND NOW, THIS 22ND DAY OF JULY 2022, upon consideration of Plaintiff's "Motion for a New Trial Under Federal Rules of Civil Procedure, Rule 59a *and* Motion to Alter or Amend Judgment Under Federal Rules of Civil Procedure, Rule 59e *and* Motion for Relief from Judgment Under Federal Rules of Civil Procedure, Rule 60(b)(6)" (Doc. 265) and all relevant documents, for the reasons set forth in the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED THAT** Plaintiff's Motion is **DENIED**.

_____
Robert D. Mariani
United States District Judge