THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

DONNA DAVIS JAVITZ,  :
  :
      Plaintiff,  :
  :
v.  :   3:15-CV-2443
  :   (JUDGE MARIANI)
LUZERNE COUNTY, ROBERT LAWTON,:
Individually, and DAVID PARSNIK,  :
Individually,  :
  :
      Defendants.  :

FILED
SCRANTON
AUG 0 4 2022
PER _____
DEPUTY CLERK

## ORDER

AND NOW, THIS 4th DAY OF AUGUST 2022, upon consideration of Plaintiff's Motion to Vacate Judgment Entered July 12, 2021 (Doc. 287) and all relevant documents, **IT IS HEREBY ORDERED THAT** Plaintiff's Motion is **DENIED**.

_____
Robert D. Mariani
United States District Judge